# FINANCIAL INSTITUTION EXECUTION

## TO ANY PROPER OFFICER:

Whereas on said Date of Judgment the above-named Judgment Creditor(s) recovered judgment against the above-named Judgment Debtor(s) before the above-named court for the amount of damages, costs and fees stated above, as appears on record, whereof execution remains to be done. These are, therefore, by AUTHORITY OF THE UNITED STATES TO COMMAND YOU:

☐ **IF JUDGMENT DEBTOR IS A NATURAL PERSON**

Within seven days from your receipt of this execution, make demand upon the main office of any financial institution having its main office within your county, or if such main office is not within your county and such financial institution has one or more branch offices within your county, upon an employee of such a branch office, such employee and such branch office having been designated by the financial institution in accordance with regulations adopted by the commissioner of banking, for payment to you pursuant to section 52-367(b) of the general statutes of any nonexempt debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid judgment, costs and fees as stated above, plus post judgment interest on the unpaid amount of said judgment from its date until the time when this execution shall be satisfied, plus your own fee. After having made such demand you are directed to serve a true and attested copy of this execution, together with the attached affidavit and exemption claim form, with your doings endorsed thereon, with the financial institution officer upon whom such demand was made. Said sum shall be received by you and applied on this execution in accordance with the provisions of section 52-367(b) of the general statutes. You may not serve more than one financial institution execution per judgment debtor at a time. If you have made an initial demand within the seven-day period, and have been informed by the financial institution that the Judgment Debtor had insufficient funds at that financial institution available for collection to satisfy the judgment, you may make additional demands on the main office of other financial institutions or employees of other branch offices as directed herein, provided any such additional demand is made not later than forty-five days from your receipt of this execution.

☒ **IF JUDGMENT DEBTOR IS NOT A NATURAL PERSON**

Make demand upon the main office of any financial institution having its main office within your county, or if such main office is not within your county and such financial institution has one or more branch offices within your county, upon an employee of such branch office, such employee and such branch office having been designated by the financial institution in accordance with regulations adopted by the commissioner of banking, for payment to you of any debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid judgment, costs and fees as stated above, plus post judgment interest on the unpaid amount of said judgment, from its date until the time when this execution is satisfied, plus your own fees. Said sum shall be received by you and applied on this execution. After having made such demand you are directed to serve a true and attested copy hereof, with your doings thereon endorsed, with the banking institution officer upon whom such demand was made.

HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW.

DATED AT Hartford CONNECTICUT THIS 21 DAY OF July, 20 17.

ROBERTA D. TABORA, CLERK

BY: /S/ Michael Bozek

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION
## FINANCIAL INSTITUTION

### APPLICATION

To the United States District Court for the District of Connecticut at **New Haven**, Connecticut, in connection with a judgment entered on **9/28/2016**. Docket No. **16-mc-00279** (**VLB**), Case name: **Limbach Company LLC v. Ten Hoeve Brothers**

**NAME AND ADDRESS OF JUDGMENT CREDITOR MAKING APPLICATION:**

Limbach Company LLC
c/o Wynn Law Group (as Counsel)
254 Main Street
Charlestown, MA 02129

**NAME(S) AND ADDRESS(ES) OF JUDGMENT CREDITOR(S):**

Limbach Company LLC
c/o Wynn Law Group (as Counsel)
254 Main Street
Charlestown, MA 02129

**NAME(S) AND ADDRESS(ES) OF JUDGMENT DEBTOR(S):**

Ten Hoeve Brothers, LLC
c/o Kari Hollis, Member and Registered Agent
52 Prospect Street
Wethersfield, CT 06019

| | |
|---|---|
| AMOUNT OF JUDGMENT: | $ 227,792.45 |
| AMOUNT OF COSTS: | $ 46.00 |
| AMOUNT OF INTEREST (if applicable): | $ 1,543.50 as of 7/20/17 (28USC s 1961(a)) |
| TOTAL JUDGMENT AND COSTS: | $ 227,838.45 |
| TOTAL PAID ON ACCOUNT: | $ 0.00 |
| TOTAL UNPAID JUDGMENT: | $ 227,838.45 |

**IF JUDGMENT DEBTOR IS A NATURAL PERSON:**
**IS THIS A JUDGMENT ARISING OUT OF SERVICES RENDERED AT A HOSPITAL?**

◉ No   ○ Yes

**IF THIS IS A JUDGMENT ARISING OUT OF SERVICES RENDERED AT A HOSPITAL, HAS A STAY OF A FINANCIAL INSTITUTION EXECUTION BEEN ENTERED PURSUANT TO AN INSTALLMENT PAYMENT ORDER?**

◉ No   ○ Yes

**IF A STAY OF A FINANCIAL INSTITUTION EXECUTION HAS BEEN ENTERED, HAS THE JUDGMENT DEBTOR DEFAULTED ON AN INSTALLMENT PAYMENT ORDER?**

◉ No   ○ Yes   (Specify)

| | |
|---|---|
| [signature] | |
| Signature of Attorney or Party Making Application | Date |
| Gregory A. Ramsey | ct27715 |
| Printed Name | Bar Number |
| 254 Main Street | (617) 241-5544 |
| Street Address | Phone Number |
| Charlestown, MA 02129 | greg@scottwynnlaw.com |
| City/State/Zip | Email Address |

(Rev. 5/6/08)

# INSTRUCTIONS TO FINANCIAL INSTITUTION UPON RECEIPT OF A FINANCIAL INSTITUTION EXECUTION WHEN JUDGMENT DEBTOR IS NOT A NATURAL PERSON

1. You must remove from the judgment debtor's account the amount of any debts due from you to the judgment debtor not exceeding the Total Amount Unpaid as appears on page 1 of this form, plus interest and court ordered postjudgment costs or fees and the serving officer's fee.

2. Except as provided in #4 below, you must immediately pay to the serving officer the amount removed from the judgment debtor's account. Nothing herein shall be construed to affect any other rights or obligations of the financial institution with regard to the funds in the judgment debtor's account.

3. You must act on this execution according to section 42a-4-303 of the general statutes, before your midnight deadline.

4. If the deposit account is subject to a security interest of a secured party, other than you, pursuant to a control agreement between you and such secured party under article 9 of title 42a, and if any funds removed from the judgment debtor's account pursuant to subsection (c) of section 52-367a of the general statutes you shall forthwith mail a copy of the execution when received from the serving officer, postage prepaid, to the judgment debtor and to such other secured party at the last known address of such parties with respect to the affected accounts on your records. You shall hold the amount removed from the judgment debtor's account for twenty days from the date of the mailing to the judgment debtor and such other secured party, and during such period you shall not pay the serving officer. Such other secured party shall give notice of its prior perfected security interest in such deposit account, by delivering to the clerk of the court that issued the execution a written claim for determination of interests in property pursuant to section 52-365c and by delivering a copy of such claim to the financial institution upon which such execution is served.

5. If a written claim for determination of interests in property is made pursuant to subsection (e) of section 52-367a of the general statutes, you shall continue to hold the amount removed from the judgment debtor's account until a court order is received regarding disposition of the funds. If no written claim for determination of interests in property is made you shall, upon demand, forthwith pay the serving officer the amount removed from the judgment debtor's account, and the serving officer shall thereupon pay such sum, less such serving officer's fees, to the judgment creditor, except to the extent otherwise ordered by a court.